FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JUN 3 – 2010

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. _3:10cr76-MHT_ |
| | ) | [ 18 U.S.C. § 1705; |
| CHARLES ANDRE TURNER, | ) | 18 U.S.C. § 1708; |
| a/k/a Charlie Turner, | ) | 18 U.S.C. § 1344; |
| C. Turner, | ) | 18 U.S.C. § 1028A; |
| Turner Charlie, | ) | 18 U.S.C. § 1029; |
| | ) | 42 U.S.C. § 408(a)(7)(B)] |
| | ) | |
| | ) | INDICTMENT |
| | ) | |

## COUNT 1

1.    At all times relevant to this Indictment, Charles Andre Turner has been a

resident of the Middle District of Alabama.

2.    On or about July 14, 2005, in Lee County, within the Middle District of

Alabama,

**CHARLES ANDRE TURNER,**

defendant herein, did willfully and maliciously injure, tear down, destroy, and break open a

letter box located at 500 South 7th Street, Opelika, Alabama 36801, which was intended and

used for the receipt and delivery of mail matter on a mail route of the United States Postal

Service.  All in violation of Title 18, United States Code, Section 1705.

## COUNTS 2-4

3.    The allegations set forth in paragraphs 1 through 2 of this Indictment are

hereby realleged as if set forth herein.

4.      Beginning in or about June of 2005, and continuing until on or about July 14, 2005, in the Middle District of Alabama and elsewhere,

**CHARLES ANDRE TURNER**

defendant herein, did steal and take from, and out of, authorized depository for mail matter the items listed below, and which had been left for collection in an authorized depository mail matter, the item(s) identified below and did unlawfully possess the item(s) identified below, which had been stolen and taken from, and out of, an authorized depository for mail matter, knowing the same to have been stolen and taken:

| COUNT | VICTIM | MAIL MATTER |
|---|---|---|
| 2 | K.M.K. | Two MBNA America Gold MasterCard Convenience Checks |
| 3 | K.W.G. | Two Chase Visa Credit Card Convenience Checks |
| 4 | B&B Beverage Co. | Correspondence from Columbus Bank & Trust |

All in violation of Title 18, United States Code, Section 1708.

COUNTS 5-6
BANK FRAUD

5.      The allegations set forth in paragraphs 1 through 4 of this Indictment are hereby realleged as if set forth herein.

6.      At all times relevant to this Indictment, MBNA Bank was a financial institution as defined in Title 18, United States Code, Section 20.

7.    From on or about June 23, 2005, and continuing until on or about June 28, 2005, the exact date or dates being unknown to the Grand Jury, in the Middle District of Alabama and elsewhere, the defendant,

**CHARLES ANDRE TURNER,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of a financial institution, namely MBNA Bank, by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice is described below.

8.    As part of the scheme and artifice, on or about October 14, 1996, Charles Andre Turner applied for a Target Guest card to be used at Target retail stores. Turner applied for the card as "Charlie Turner", and in order to open the account, provided his own date of birth in 1967, but fraudulently provided the social security number of J.D.C., a deceased person, rather than his own social security number.

9.    As a further part of the scheme, Turner made payments in the amounts set out below on his Target Guest card account using checks drawn on the MBNA America Gold MasterCard of K.M.K. The checks had been stolen from the Post Office box of K.M.K., which box was located in a United States Post Office in Opelika, Alabama. On the dates set out below, Turner then submitted the checks for payment on his Target account, knowing that the checks contained the forged signature of K.M.K. as the authorized maker of the checks.

| Count | Date | Check No. | Amount |
|-------|------|-----------|--------|
| 5 | June 23, 2005 | 321 | $8,600 |
| 6 | June 28, 2005 | 322 | $8,990 |

All in violation of Title 18, United States Code, Section 1344.

## COUNT 7
### AGGRAVATED IDENTITY THEFT

10.    The allegations set forth in paragraphs 1 through 9 of this Indictment are hereby realleged as if set forth herein.

11.    From on or about June 23, 2005, and continuing until on or about July 1, 2005, the exact date or dates being unknown to the Grand Jury, in the Middle District of Alabama and elsewhere, the defendant,

**CHARLES ANDRE TURNER,**

did, during and in relation to enumerated felonies, namely, bank fraud, as charged in Counts 5 and 6 of this Indictment, knowingly transfer, possess, and use, without lawful authority, the following means of identification of another person–specifically, the name of K.M.K. in the form of the forged signature of K.M.K.    All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 8
### BANK FRAUD

12.    The allegations set forth in paragraphs 1 through 11 of this Indictment are hereby realleged as if set forth herein.

13.   At all times relevant to this Indictment, Chase Bank was a financial institution as defined in Title 18, United States Code, Section 20.

14.   On or about July 25, 2005, in the Middle District of Alabama and elsewhere, the defendant,

## CHARLES ANDRE TURNER,

did, knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of the same, namely Chase Bank, by means of false and fraudulent pretenses, representations, and promises. Specifically, Turner obtained check number 45043 drawn on the Chase Bank Visa credit card of K.W.G. This check had been stolen from a Post Office box owned by K.W.G., which box was located in a United States Post Office in Phenix City, Alabama. Then, on or about July 25, 2005, Turner caused the check to be made payable to himself as "C. Turner" in the amount of $7,900 and cashed the check, then well knowing that the check contained the forged signature of K.W.G. as the maker of the check, causing Chase Bank to suffer a loss. All in violation of Title 18, United States Code, Section 1344.

## COUNT 9
## AGGRAVATED IDENTITY THEFT

15.   The allegations set forth in paragraphs 1 through 14 of this Indictment are hereby realleged as if set forth herein.

16.    On or about July 25, 2005, the exact date or dates being unknown to the Grand

Jury, in the Middle District of Alabama and elsewhere, the defendant,

**CHARLES ANDRE TURNER,**

did, during and in relation to an enumerated felony, namely, bank fraud as charged in Count

8 of this Indictment, knowingly transfer, possess, and use, without lawful authority, the

following means of identification of another person–specifically, the name of K.W.G. in the

form of the forged signature of K.W.G.   All in violation of Title 18, United States Code,

Section 1028A(a)(1).

COUNT 10<br>CREDIT CARD FRAUD

17.    The allegations set forth in paragraphs 1 through 16 of this Indictment are

hereby realleged as if set forth herein.

18.    From on or about July 4, 2005, and continuing until on or about July 12, 2005,

the exact date or dates being unknown to the Grand Jury, in the Middle District of Alabama

and elsewhere, the defendant,

**CHARLES ANDRE TURNER,**

did, knowingly and with intent to defraud, use and traffic in an  unauthorized access device

issued to J.V.H. as an employee of B & B Beverage Company ("B&B") located in Columbus,

Georgia–specifically, a Visa credit card that was issued to B&B by Columbus Bank & Trust

("CB&T")–to receive payment and any other thing of value, the aggregate value of which

during a one year period was equal to or greater than $1,000. The CB&T Visa credit card

used by Turner had been stolen from the Post Office box of B&B, which box was located at a United States Post Office in Columbus, Georgia. Turner then used the CB&T access device to make a number of unauthorized transactions and purchases.

19. The activity described above affected interstate commerce because the unauthorized transactions and purchases were conducted using access devices issued by companies outside the state of Alabama, and the access device was used at retail vendors outside of the state of Alabama. All in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 11
## CREDIT CARD FRAUD

20. The allegations set forth in paragraphs 1 through 19 of this Indictment are hereby realleged as if set forth herein.

21. Beginning on or about January 2, 2005, and continuing until on our about December 12, 2005, in the Middle District of Alabama and elsewhere, defendant,

**CHARLES ANDRE TURNER,**

did knowingly and with intent to defraud, use and traffic in unauthorized access devices–specifically, credit cards issued by Chase Bank and Capital One and obtained by Turner with intent to defraud–to receive payment and any other thing of value, the aggregate value of which during a one year period was equal to or greater than $1,000.

22. Turner opened the Chase Bank and Capital One access devices under the name "Turner Charlie" and fraudulently used the social security number of E.D., Jr., to open the

access devices without the authorization of E.D., Jr., Turner then used these cards to make unauthorized purchases for goods and services and to receive unauthorized cash advances.

23.    The activity described above affected interstate commerce because it was conducted using access devices issued by companies outside the state of Alabama and the access devices were used at retail vendors outside of the state of Alabama. All in violation of Title 18, United States Code, Section 1029(a)(2).

COUNTS 12-13
BANK FRAUD

24.    The allegations set forth in paragraphs 1 through 23 of this Indictment are hereby realleged as if set forth herein.

25.    At all times relevant to this Indictment, AmeriFirst Bank and Bank of America were financial institutions as defined in Title 18, United States Code, Section 20.

26.    From on or about March 21, 2006, and continuing until on or about April 28, 2006, the exact date or dates being unknown to the Grand Jury, in the Middle District of Alabama and elsewhere, the defendant,

**CHARLES ANDRE TURNER,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud financial institutions and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of these financial institutions, namely AmeriFirst Bank and Bank of America, by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice is described below.

27.    As part of the scheme and artifice, on or about February 2, 2006, Charles Andre Turner opened a bank account at AmeriFirst Bank in Montgomery, Alabama, in his true name, but fraudulently used the social security number of T.W., rather than his own, to open the account.  Then, on or about the dates set out below, as part of the scheme, Turner obtained Bank of America checks written on the accounts of the individuals described below, caused the check to be made payable to himself as "C. Turner," and, then well knowing that the checks contained the forged signature of the makers of the checks, did deposit and attempt to deposit the checks into the AmeriFirst Bank account he had opened using T.W.'s social security number.

| Count | Date | Account Owner | Check Number | Amount |
|-------|------|---------------|--------------|--------|
| 12 | March 10, 2006 | C.L.S. | 8346 | $8,900 |
| 13 | April 28, 2006 | J.M. | 9666 | $8,900 |

All in violation of Title 18, United States Code, Section 1344.

<u>COUNTS 14-16</u>
<u>FRAUDULENT USE OF A SOCIAL SECURITY NUMBER</u>

28.    The allegations set forth in paragraphs 1 through 27 of this Indictment are hereby realleged as if set forth herein.

29.    On or about on the following dates, in the Middle District of Alabama and elsewhere, the defendant,

**CHARLES ANDRE TURNER,**

-9-

did knowingly and with intent to deceive, falsely represent the following numbers to be the

Social Security account number assigned to him by the Commissioner of Social Security

when in fact these numbers are not the Social Security account number assigned to him by

the Commissioner:

| Count | Date | Last Four Digits of SSN | False Representation |
|-------|------|-------------------------|----------------------|
| 14 | July 14, 2005 | 7443 | Social Security Number provided by Turner to Inspector Jim Tynan of the United States Postal Inspection Service |
| 15 | August 11, 2005 | 7446 | Capital One Visa Card Application |
| 16 | February 2, 2006 | 7444 | AmeriFirst Checking Account Application |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL:

Foreperson

LEURA G. CANARY
United States Attorney

Brandon K. Essig
Assistant United States Attorney

-10-