IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10cr76-MHT-TFM |
| | ) | |
| CHARLES ANDRE TURNER | ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. 4, filed June 14, 2010), and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Houston County Jail, Dothan, Alabama, commanding them to deliver CHARLES ANDRE TURNER, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on July 21, 2010, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this 15th day of June, 2010.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE